**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BETHANNE M. KRAFFT,**

 *Plaintiff,*

 **v.**                                        **Case No.: 3:25cv827-MW/HTC**

**FRANK BISGNANO,**

 *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's objections, ECF No. 20. This Court agrees with Plaintiff's description of the legal standard governing judicial review under 42 U.S.C. § 405(g). However, this Court disagrees with Plaintiff's interpretation of the report and recommendation and therefore rejects Plaintiff's objections thereto.

 Accordingly,

 **IT IS ORDERED**:

The report and recommendation, ECF No. 19, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." The Clerk

shall close the file.

**SO ORDERED on July 14, 2026.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**